CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKo

OCT 28 2011

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| VINCENT BROWN,<br>    Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:11-cv-00505 |
| v. | ) <br> ) | **ORDER** |
| EARL W. BARKSDALE, et al.,<br>    Defendants. | ) <br> ) <br> ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 28th day of October, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge