CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKo
OCT 28 2011
JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **VINCENT BROWN,**<br>Plaintiff, | Civil Action No. 7:11-cv-00505 |
| v. | **ORDER** |
| **EARL W. BARKSDALE, et al.,**<br>Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 28th day of October, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge